# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CARL KRIELOW, GLENDON
MARCEAUX, PHILLIP J.
WATKINS, AND 44 SIMILARLY
SITUATED PLAINTIFFS

NO.    2020 CW 0512

VERSUS

LOUISIANA DEPARTMENT OF
AGRICULTURE AND FORESTRY

**SEPTEMBER 03, 2020**

---

In Re:    Louisiana Department of Agriculture and Forestry, Louisiana Rice Promotion Board, and Louisiana Rice Research Board, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 612,175.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.**    The district court's March 12, 2020 judgment, granting plaintiffs' Motion for Partial Summary Judgment and Motion in Limine to Exclude Evidence of and/or Reference to Benefits, denying defendants/relators, Louisiana Rice Research Board and Louisiana Rice Promotion Board's, Omnibus Motion in Limine, and denying defendants/relators, Louisiana Rice Research Board, Louisiana Rice Promotion Board, and Louisiana Department of Agriculture and Forestry's, Motion to Exclude Expert Testimony, is vacated.

On October 30, 2019, the district court signed a written judgment, amending the underlying class action definition, composition, and notice procedure. A notice of appeal was filed by defendants on October 1, 2019, and an order of appeal was signed by the district court on October 3, 2019. This appeal is currently pending before this court under docket number 2019 CA 1696. Accordingly, as these motions were heard and ruled upon after the order of appeal, and pursuant to La. Code Civ. P. art. 2088, the district court was divested of jurisdiction to consider the foregoing motions.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT